### STATE v. COS SMITH AND BURDELL LITTLEJOHN.

(Filed 18 May, 1927.)

(See *S. v. Ridings, ante,* 786.)

APPEAL by defendants from *Webb, J.,* at September Term, 1926, of POLK. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*

*M. L. Edwards, S. P. Dunagan and C. O. Ridings for defendants.*

PER CURIAM. The defendants were indicted for the offenses charged against Robert Ridings and Zona Howell, *ante,* 786, and were tried and convicted at the same time. The exceptions in the two cases are the same, and the disposition of this appeal is governed by the opinion in the other case. We find